**William SANDRIDGE, Appellant,**

v.

**Diane KACMARIK; John Doe; Securenet5123079@aol.com; Kim Matthews, Appellees.**

1. The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa.

William Sandridge, Appellant,

v.

Kim Matthews, in her official capacity as a member of the Kansas City Missouri Police Department and in her individual capacity; Daniel J. Haus, in his official capacity as an employee of the Kansas City Missouri Police Department and in his individual capacity; Kay Barnes, Mayor, in her official capacity as a Member of the Board of Police Commissioners; Karl Zobrist, in his official capacity as a member of the Board of Police Commissioners of Kansas City, Missouri; Javier M. Perez, in his official capacity as a member of the Board of Police Commissioners of Kansas City, Missouri; Angela Wasson–Hunt, in her official capacity as a Member of the Board of Police Commissioners of Kansas City, Missouri; James Wilson, in his official capacity as a Member of the Board of Police Commissioners of Kansas City, Missouri; John Doe, 1, in his official capacity as a member of the Kansas City, Missouri Police Department; John Doe, 2, in his official capacity as a member of the Kansas City, Missouri Police Department, Appellees.

William Sandridge, Appellant,

v.

Everett Rice, in his official capacity as Sheriff of Pinellas County Sheriff's Department; Timothy Palella, in his official capacity as a member of the Pinellas County Sheriff's Department; Joe Manning, in his official capacity as a member of the Pinellas County Sheriff's Department; Ser-

geant Vinson, in his official capacity as a member of Pinellas County Sheriff's Department; William Ludlow, in his official capacity as a member of the Pinellas County Sheriff's Department; Pinellas County Sheriff's Department, through the Pinellas County Board of County Commissioners, et al.; Diane Kacmarik, in her official capacity as an employee of WTSP–TV, and in her individual capacity; Securenet5123079@aol.com, in its official and individual capacity; Pinellas County Board of County Commissioners, Appellees.

Nos. 05–1394, 05–1397, 05–2058.

United States Court of Appeals, Eighth Circuit.

Submitted: May 2, 2006.

Filed: Aug. 2, 2006.

William Sandridge, Kansas City, MO, pro se.

Robert L. Ortbals, Jr., Attorney General's Office, Jefferson City, MO, Lisa Sander Morris, Legal Advisor's Office, Daniel J. Haus, Kansas City Police Department, Kansas City, MO, for Appellees.

Virginia Hurtubise Murray, Attorney General's Office, Jefferson City, MO, for Appellant.

Before RILEY, MAGILL, and GRUENDER, Circuit Judges.

PER CURIAM.

William Sandridge appeals the district court's[1] dismissals of his civil rights com-

---

1. The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.

plaints. Sandridge has provided no valid basis, and we find none, for overturning the dismissals of his repetitive lawsuits. Accordingly, we affirm. *See* 8th Cir. R. 47B.